USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 7/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alexander Gomez,

Plaintiff,

-against-

Keystone 34 Carmine LLC, and Carmine Fine Foods LLC,

Defendants.

25 Civ. 10513 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Fact discovery in this matter closed on June 29, 2026, *see* ECF No. 18 ¶ 5, and the parties were to submit a joint status update by July 13, 2026, *see id.* ¶¶ 15–16. Pre-motion letters regarding summary judgment motions were likewise due July 13, 2026. *See id.* The Court has received no submissions. Accordingly, by **July 27, 2026**, the parties shall submit a joint status update in accordance with paragraph 16 of the case management plan and scheduling order. *See* ECF No. 18. The case management conference currently scheduled for July 20, 2026, is ADJOURNED to **August 10, 2026** at **12:00 p.m.**

SO ORDERED.

Dated: July 14, 2026
New York, New York

ANALISA TORRES
United States District Judge